1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| PHILLIS A. TAYLOR, | 1:11-cv-00199 LJO SKO |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| CENTRAL MORTGAGE COMPANY, | (Document 3) |
| Defendant. | |

17
18      By application filed on February 4, 2011, Plaintiff has requested leave to proceed in

19   forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes

20   the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis is

21   GRANTED.  28 U.S.C. § 1915 (a).

22
23   IT IS SO ORDERED.

24   **Dated:   February 7, 2011**                    /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE

25
26
27
28                                 1